UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:26-cr-27-MR-WCM |
| | ) | |
| | ) | **BILL OF INFORMATION** |
| vs. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 119 |
| KYLE ANDREW EDWARDS, | ) | |
| Defendant. | ) | |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about the 8th day of April, 2025, in Buncombe County, within the Western District of North Carolina, the defendant

KYLE ANDREW EDWARDS

did knowingly make restricted personal information about a person covered by 18 U.S.C. § 1114 publicly available, that being the home address of a United States Supreme Court Justice,

(a) with the intent to threaten, intimidate, and incite the commission of a crime of violence against that covered person, and a member of that covered person's immediate family; and,

(b) with the intent and knowledge that the restricted personal information would be used to threaten, intimidate, and facilitate the commission of a crime of violence against that covered person, and a member of that covered person's immediate family.

All in violation of Title 18, United States Code, Section 119.

RUSS FERGUSON
UNITED STATES ATTORNEY

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov