UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:26CR27 |
| v. | ) | **FACTUAL BASIS** |
| KYLE ANDREW EDWARDS | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

## INTRODUCTORY PARAGRAPHS

1.      At all times relevant to this Factual Basis, Kyle Andrew EDWARDS resided in Buncombe County, within the Western District of North Carolina. EDWARDS committed all relevant acts recited in this Factual Basis while in Buncombe County.

2.      "Bluesky" is an open-source, social media platform that permits users to post messages and participate in public online discussions. Users may post using text, images, and/or videos. Users also may post links and comment on or respond to the postings of other users. Such posts are publicly available for viewing.

3.      EDWARDS had a Bluesky account "@vesemir66.bsky.social," user name, "Vesemir." From April through June 2025, EDWARDS frequently used his "Vesemir" Bluesky account to post comments critical of certain United States Supreme Court Justices. Many of these

posts were threatening in nature, or were responses to threatening comments made by other users. For example, on June 27, 2025, EDWARDS posted that the Supreme Court "must be destroyed" and that one of the Justices should be deported to a "Siberian gulag." On June 29, EDWARDS posted that a Justice should "buy Kevlar robes."

4. On or about April 8, 2025, EDWARDS, using his Vesemir account, publicly posted to Bluesky the correct home address of one of the United States Supreme Court Justices. On the same date, EDWARDS posted partial or historical information about the neighborhoods or former home addresses of two other United States Supreme Court Justices as well.

5. EDWARDS publicly posted the Justice's home address with the intent to threaten, intimidate, or incite the commission of a crime of violence against the Justice, or a member of the Justice's immediate family; or with the intent and knowledge that the restricted personal information would be used to threaten, intimidate, or facilitate the commission of a crime of violence against the Justice, or a member of the Justice's immediate family. On the same date as the disclosure of the Justice's home address (April 8), EDWARDS made several threatening posts on Bluesky toward United States Supreme Court Justices. For example, EDWARDS posted that a different Justice's home address was unavailable online "to prevent people from assassinating him." EDWARDS posted that the Justices should "think again" if they thought that "their families are safe." EDWARDS encouraged Bluesky readers to "start dragging the SC out by their robes" and to "turn all these motherfuckers [meaning the Justices] into charcoal." EDWARDS posted these comments publicly to Bluesky within conversations in which some other posters also were making similar violent threats.

6. All nine United States Supreme Court Justices are "covered persons" within the meaning of 18 U.S.C. § 119(b)(2).

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
DON GAST
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

_____          DATED: April 13, 2026
KATRYNA LYN SPEARMAN, Attorney for Defendant

2