IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:26CR27 |
| | ) | |
| v. | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | BILL OF INFORMATION AND |
| KYLE ANDREW EDWARDS | ) | SUMMONS |
| | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and offers this Affidavit in support of the Bill of Information filed in this case.

The undersigned hereby certifies that the facts set forth in the Factual Basis filed in this case (Doc. #3) are true and accurate, and that they establish probable cause to believe that the defendant committed the offense(s) in the Bill of Information. The United States incorporates that Factual Basis into this Affidavit by reference.

Pursuant to Fed. R. Crim. P. 9(a), the United States requests that the Court issue a summons for the defendant's arrest to face the charge(s) in the Bill of Information.

RESPECTFULLY SUBMITTED, this 13th day of April, 2026.


RUSS FERGUSON
UNITED STATES ATTORNEY


**//s// Don Gast**
ASSISTANT UNITED STATES ATTORNEY
NC Bar Number: 23801
U.S. Attorney's Office
100 Otis St., Suite 233
Asheville, NC 28801
Direct Line: 828-271-4661
Email: Don.Gast@usdoj.gov